

830 3rd Avenue I 5th Floor I New York, NY 10022
Tel 800-616-4000 I Fax 561-447-8831
www.shavitzlaw.com

May 10, 2018

**Via Federal Express and ECF**
Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    ***Urazov v. Trump Tower Commercial LLC, et al.*, No. 1:18-cv-04162-PAC**

Dear Judge Crotty:

      We represent the Plaintiff in this matter.  Pursuant to Rule 2(A) of Your Honor's Individual Practices, we are writing to submit a courtesy copy of the Complaint.

      We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    Michael J. Palitz