

Matthew R. Maron
Assistant General Counsel – Litigation
Direct Dial: (212) 715-6783
Email:  mmaron@trumporg.com

June 18, 2018

**BY ECF and HAND DELIVERY**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1350
New York, NY 10007

Re:   *Rakhim Urazov v. Trump Tower Commercial LLC, et al.,*
No. 1:18-cv-04162-PAC (S.D.N.Y.)

Dear Judge Crotty:

I am counsel to Defendant Trump Tower Commercial LLC in the above-captioned action. I write, with Plaintiff Rahkim Urazov's consent, to request an adjournment of the defendants' deadline to answer or otherwise respond to the Complaint, from June 20, 2018 to July 5, 2018. This is the second request for an adjournment of this deadline.  My office has conferred with counsel for Plaintiff, who stipulates and consents to this request.

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

s/*Matthew R. Maron*

cc:   All counsel of record (via ECF)