**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **RAKHIM URAZOV,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:18-cv-4162(PAC)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRUMP TOWER COMMERCIAL LLC and** | ) | |
| **TRUMP TOWER CONDOMINIUM,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 11, 2018                    Respectfully submitted,

_____
Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, New York 10022
Tel:    (800) 616-4000
Fax:    (561) 447-8831
mpalitz@shavitzlaw.com

*Attorneys for Plaintiff*